IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| B-LINE HOLDINGS LLC, a Delaware limited liability corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 06-170-KI |
| vs. | ) ) | ORDER |
| WILLIAM S. WEINSTEIN, individually, | ) ) | |
| Defendant. | ) | |

Bruce A. Rubin
Heather K. Cavanaugh
Miller Nash LLP
3400 U. S. Bancorp Tower
111 S. W. Fifth Avenue
Portland, Oregon  97204-3699

      Attorneys for Plaintiff

Gary M. Berne
Stoll Stoll Berne Lokting & Shlachter P. C.
209 S. W. Oak Street, Fifth Floor
Portland, Oregon  97204

Spencer Hall
Arthur C. Claflin
Hall Zanzig Zulauf Claflin McEachern PLLC
1200 Fifth Avenue, Suite 1414
Seattle, Washington  98101

      Attorneys for Defendant


KING, Judge:

Plaintiff's Motion for Voluntary Dismissal for Lack of Subject Matter Jurisdiction

(#19) is granted under Federal Rule of Civil Procedure 12(h)(3).  The action is dismissed

without prejudice and with no attorney fees or costs awarded to either party.

      IT IS SO ORDERED.

      Dated this ____16th_____ day of May, 2006.


                  ___/s/ Garr M. King_____
                  Garr M. King
                  United States District Judge